

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. NO. 5:13-CR- 259 (FJS) |
| | **INDICTMENT** |
| v. | Count 1: 18 U.S.C. §758 |
| | Count 2: 21 U.S.C. §§841(a)(1) and (b)(1)(D) |
| JOSHUA ISAAC JOCK, | |
| | County: St. Lawrence |
| Defendant. | |

THE GRAND JURY CHARGES:

### Count 1

### HIGH SPEED FLIGHT FROM IMMIGRATION CHECKPOINT

On or about March 24, 2012, in St. Lawrence County in the Northern District of New York, the defendant,

**JOSHUA ISAAC JOCK,**

fled and evaded a checkpoint operated by a Federal law enforcement agency in a motor vehicle and fled Federal law enforcement agents in excess of the legal speed limit, in violation of Title 18, United States Code, Section 758.

## Count 2

**POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE**

On or about March 24, 2012, in St. Lawrence County in the Northern District of New York, the defendant,

**JOSHUA ISAAC JOCK,**

knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved marihuana, in violation of Title 21, United States Code, Section 841(b)(1)(D).

Dated: June 19, 2013                                     A TRUE BILL,


FOREPERSON OF THE GRAND JURY

RICHARD S. HARTUNIAN
UNITED STATES ATTORNEY

BY: Elizabeth Horsman
ASSISTANT U.S. ATTORNEY
Bar Roll # 515350